Dear Clerk,                    35475-18 Date 6-7-15

This document contains some pages that are of poor quality at the time of imaging.

Please file this Writ of Mandamus with the Court and I would please like to know the status of the following pending in this Court.

1.) WHC#6 F98-0042-B / WHC#6 F950045-B

2.) Writ of Mandamus on Hunt County DA's Office Greenville, Texas - Filed on with this Court.

Alk3) Three of these are currently pending in this Court and I would like to Know the status on All Three please. I've heard nothing and it's been awhile. Plus now this new mandamus so a total of (4) Four items will be pending with this Court now.

P.S. Also Note New Address:

Joey Proper - #15015542
Dallas County Jail
P.O. Box 660334
Dallas, TX.
75-266-0334

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

I've never even recieved a mandamus card that my old one was ever recieved, Also my 11.07 wtt # 6 from Denton county the clerk said she forwarded to you the States Respone from Denton county DA's office. Please send me all this with Acknowledgement this new Mandamus has been recieved. I've never recieved nothing from you! God Bless, ZJ

EX Parte,
Pro Se Petitioner

Joey Shane Proper

*WRIT OF MANDAMUS*

Comes now Acting Pro Se, Joey Shane Proper, State Prisoner and would like to show this Honorable Court the following In Support:

*Statement of FACTS*

On 4-8-15 Petitioner recieved a answer on his parole Revocation hearing TDC# 741317 to Go to a Intermediate Sanction Facility (ISF) until successful Completion of the program. This is Petitioner's Second time attending this (ISF) program and last time waited 12 day's to catch chain and that time Counted from his ISF vote-Date-Hearing answer date and did a total of 90 days from recieving his response from the Board panel. Quote Stamp-Date. Now a 60 day program.

*REASON For Mandamus*

Grounds For Relief

Ground 1-

Petitioner is finishing a 20 year non-aggravated sentence from 1994 under the 73rd legislature "Mandatory Supervision law". My long way is Sept. 3rd 2015. I was incarcerated March 23, 2015 this year 184 days from my long way. I been waiting on chain to a ISF Facility For 60 days from my vote date 4-8-15 today. My parole officer advised me I would only do 30 day's from 4-8-15, but Dallas County Classification and TDCJ-ID parole division will not put me on chain to ISF so I Can go and get released. Petitioner has watched 65 people leave with 10 day's each to go to ISF once recieved answer back from parole Board. If Revoked my "Mandatory would of Been around 60 day's under the 73rd legislature under "old Mandatory Supervision law" that could not be taken Also. Last Time when ariving at (ISF Facility) the Facility and TDCJ-ID-parole Division both have a bad habit if your 6 month or less from finishing up your sentence Complete, acting on their own Authority, and making the prisoner do all of the sentence despite like in my situation where their trying to do this to me by not Sending me to ISF and making me stay in the County ⟶

so long. My Parole Board Panel Answer and my parole Officer Mr. Criss also told me 30 day ISF on 9-8-15 (2502 S. Second Ave. Dallas, Texas 114-)426-6694. My parole officer asked for ISF until Discharge, but the parole panel said no, just (ISF) until program is completed. It's 60 days with a good Address to go to which I have and 180 with no address. My point is the TDCJ-ID parole Division and the Actual (ISF Facility) actual Counselor's have been deciding weather Innates do 60 Days or the whole six month's if that's all you have left like me and they arent the Actual Parole Board and that wasn't my vote decision. They are and have been committing a violation of the 8th Amendment cruel and Unusual Punishment and 14th Amendment denial of due Process of Law of the U.S. Constitution in these situations. By Dallas County Jail Record's Dept. not getting me paper ready - Dallas County Jail P.O. Box 660334, Dallas, Texas 75266-0034 and TDCJ-ID parole Division 1650 7th St. Huntsville, TX. 77320 not pulling me on the chain to ISF and Get me processed in and a released date set, I'll set here and do more time than the parole Board voted for me to do. Anything after 30 Day's max 60 Days from vote date which I have today is resulting in me being "ilegally" incarcerated. I do have a misdeameanor pending out of greenville from 4-13-15 a hold was put on but they never came to get me and most of the time they pick you up after your released from (ISF), so that don't stop nothing. I've Contacted all Agencies by letter's & Grievances, nothing was done.

## * Prayer *

wherefore petitioner pray's this Honorable Court will Direct TDCJ-ID-Parole Division to release me from Dallas County Jail Immediately based on I've did my 60 Day's ISF from my vote date or at the very least Direct Dallas County Jail to set me "paper ready for ISF chain" and TDCJ-ID parole Division have them pick me up send me to ISF and not let them override the Board's decision and make me due until Discharge. Neither one of their legal entities gives them the power to decide on a prisoner's release date. The Parole Board decides the release date and the TDCJ-ID-prison parole System releases a prisoner on a certain date they say to. On this ISF situation and for year's the two entities have been overiding their Authority and by Law it's not Allowed. Article 5, Section 5 of The Texas Constitution and Article 4.04 of the Texas Code of Criminal Procedure give you Authority to Act on this "mandamus" because I have no other Remedy Available by Law to help me.

# MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, _Joey Proper-#15015542_ do hereby request leave to proceed in forma pauperis and state under oath that I am unable to pay the costs for commencement of this _____ action, or to give security therefor, and that I believe I am entitled to redress.

I further state the following:

I am not employed ( ✓ )

or

I am employed by: _Current Incarcerated Dallas County Jail_

and my salary is $ _____ per _____.

I have no other sources of income except the following (include public assistance, social security disability, or any other income not included above employment and state the amount):

_____

_____

I have $_____⊗_____ IN CASH.

I have the following funds in the bank:

| NAME OF THE BANK | TYPE OF ACCOUNT | AMOUNT |
|---|---|---|
| —None— | | $ ⊗ |
| | | $ |
| | | $ |

I own the following valuable property (include real estate, stocks, bonds, notes, automobiles, and other valuable property, but exclude ordinary household furnishings and clothing):

| | VALUE |
|---|---|
| None ⊗ | $ ⊗ |
| | $ |
| | $ |

I have the following debts:

_Credit Card's In debt $5,000.00_

_N/A_

I declare under penalty of perjury pursuant to 28 USC §1746 "unsworned (or affidavit)" the above listed is true & correct. _JP_

06-07-2015